27 F.3d 558
 Stezzi (Rocco S., Jr.)
v.
Board of Education of School District of Philadelphia,
Philadelphia Federation of Teachers, Clayton (Constance E.,
Dr.), Superintendent of Schools, Kirsch (Theodore),
President of PFT, Schuman (Marvin E.), Vice-President of
PFT, Harrison (Joyce B.), Wacker (Carol E., Dr.), Assistant
Superintendent, Beard (Samuel P., Jr., Dr.), Executive
Assistant School Operations, Grossmann (Saul B., Dr.),
District Two Superintendent, Camarotta (George), Labor
 NO. 93-2081
 United States Court of Appeals,
Third Circuit.
 May 11, 1994
 
 Appeal From: E.D.Pa.,
 Fullam, J.
 
 
 1
 AFFIRMED.